UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ROBERT EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-02254-JPH-TAB |
| | ) | |
| COMMISSIONER, INDIANA | ) | |
| DEPARTMENT OF CORRECTION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ACCEPTING JOINT STIPULATION OF DISMISSAL
AND DIRECTING DISMISSAL OF ACTION**

The parties have filed a joint stipulation of dismissal dismissing this action

without prejudice. The Court recognizes the parties' stipulation of dismissal,

which dismisses this case without prejudice under Federal Rule of Civil

Procedure 41(a)(1)(A)(ii). Dkt. [30]. The **clerk is directed** to close this action on

the docket.  The pending motion to certify class, dkt. [8], **is denied as moot**.

**SO ORDERED.**

Date: 5/22/2024

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Abigail Davis
Office of Indiana Attorney General
abigail.davis@atg.in.gov

Stephanie Michelle Davis
Office of Attorney General Todd Rokita
stephanie.davis@atg.in.gov

1

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Stevie J. Pactor
ACLU OF INDIANA
spactor@aclu-in.org

Erica Lee Sawyer
INDIANA ATTORNEY GENERAL
Erica.Sawyer@atg.in.gov